CHARLES M. BANKS, The Collector of Taxes for the Northern District of the City of Wilmington, Plaintiff Below, Plaintiff-in-Error, v. WILMINGTON TERMINAL COMPANY, a corporation of the State of Delaware, Defendant Below, Defendant-in-Error.

(*September* 28, 1942.)

HARRINGTON, Chancellor, LAYTON, C. J., RICHARDS and TERRY, J. J., sitting.

*Reuben Satterthwaite, Jr.,* and *Leonard G. Hagner* for Plaintiff Below, Plaintiff-in-Error.

*E. Ennalls Berl* and *Herbert L. Cohen* for Defendant Below, Defendant-in-Error.

Supreme Court, No. 4, January Term, 1942.

HARRINGTON, Chancellor:

The judgment of the Court below (*Banks v. Wilmington Terminal Company,* 2 *Terry* (41 *Del.*) 489, 24 A. 2d 592), holding that the property of the Wilmington Terminal Company was exempt from the assessment and payment of taxes, pursuant to the provisions of Chapter 106, Volume 21, Laws of Delaware, is affirmed. The question involved was thor-

oughly considered by that Court, and no further discussion by this Court seems necessary.